THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ASMODEUS BANKS, Appellant. [791 NYS2d 415]—

Judgment, Supreme Court, New York County (Gregory Carro, J.), rendered December 10, 2003, convicting defendant, upon his plea of guilty, of attempted criminal possession of a weapon in the third degree, and sentencing him, as a second felony offender, to a term of 1½ to 3 years, unanimously affirmed.

The court properly denied defendant's motion to withdraw his guilty plea after a suitable inquiry at which defendant received a sufficient opportunity to present his contentions (*see People v Frederick*, 45 NY2d 520 [1978]). The record supports the court's determination that the plea was voluntary (*see People v Alexander*, 97 NY2d 482, 485 [2002]). Although defendant's plea was linked to that of his codefendant brother, it met constitutional standards for such an arrangement and the linkage did not render the plea involuntary (*see People v Fiumefreddo*, 82 NY2d 536, 545-546 [1993]; *People v Ocasio*, 260 AD2d 254 [1999], *lv denied* 93 NY2d 1004 [1999]). We have considered and rejected defendant's remaining arguments. Concur—Andrias, J.P., Sullivan, Williams, Gonzalez and Catterson, JJ.